Our next case is Larry Williams for Assistant Secretary of Veterans Affairs, 2023-1840. Mr. Carpenter, when you are ready. Thank you, Mr. Chairman.